SANFORD JACOBI and Another, Respondents, v. NORMANDIE NATIONAL SECURITIES CORPORATION and Others, Defendants, Impleaded with JOHN DAVID, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY LILLIAN SCHAPIRO, Respondent, v. JACOB S. SCHAPIRO, Appellant.— Order modified by reducing alimony for the support of plaintiff and the education and support of the children of the marriage, to the sum of $300 per month, and counsel fee to the sum of $500; and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NATHAN FRANK, as Administrator, etc., of ALEXANDER NADLER, Deceased, Appellant, v. WILLIAM BELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALEXANDER S. HENDRY, Respondent, v. THE C-R-C LAW LIST COMPANY (a New York Corporation) and MERTON J. KEYS, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The reply to be served within ten days from service of order. Because of the exceptional circumstances of this case, a reply seems to be proper here. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN COLAHAN, Respondent, v. GENERAL PICKLING AND FOOD PRODUCTS CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES CROSBY, Respondent, v. POTTER, HAMILTON & COMPANY, INC., Appellant, and TRURO REALTY CORPORATION, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

VAL O'FARRELL DETECTIVE AGENCY, INC., Respondent, v. E. RAY GOETZ, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JULIA A. FORHAN, Respondent, v. RICHARD J. FORHAN, Individually and as Trustee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.